MARSHA E. MULLIN (SBN 93709)
ALSTON & BIRD, LLP
333 S. Hope Street
Sixteenth Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

STEVEN D. HEMMINGER (SBN 110665)
ALSTON & BIRD LLP
275 Middlefield Road
Menlo Park, CA 94025-4008

Attorneys for Plaintiff, NOKIA CORPORATION

VANESSA LEFORT (SBN 260687)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94024-4004
Telephone: (650) 815-7400
Facsimile: (650) 815-7401

Attorneys for Third Party, INFINEON TECHNOLOGIES NORTH AMERICA CORP.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOKIA CORPORATION<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLE, INC.<br><br>　　　　　Defendant.<br>_____<br>APPLE, INC.,<br>　　　　　Counterclaim Plaintiff,<br>　v.<br>NOKIA CORPORATION and NOKIA INC.<br>　　　　　Counterclaim Defendants. | Case No. CV 11 80026 MISC<br><br>Underlying Case in the District of Delaware<br>Civil Action No. 09-791-GMS<br>Assigned to: Honorable Gregory M. Sleet<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING OF NOKIA CORPORATION'S MOTION TO COMPEL FROM MARCH 18, 2011 TO MARCH 25, 2011**<br><br>Date: No hearing date is required [Civ. L.R. 6-2(b)] |

　　　Nokia Corporation and Infineon North America Corp., are in discussions in an effort to resolve the matters raised in the Motion to Compel.  Accordingly, the parties, by and through

Stipulation and [Proposed] Order To Continue Hearing of Plaintiff's Motion to Compel

CASE NO. CV 11 80026 MISC

their respective counsel, hereby stipulate and agree to continue the hearing on Nokia Corporation's motion to compel, currently scheduled for March 18, 2011, to March 25, 2011, at 9:00 a.m.  The supporting declaration required under Civ. L.R. 6-2 is filed herewith.

    IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 25, 2011 | ALSTON & BIRD LLP |
| | By    /s/ Steven D. Hemminger<br>        Steven D. Hemminger |
| | Attorneys for Plaintiff<br>NOKIA CORPORATION |
| Dated: February 25, 2011 | MCDERMOTT WILL & EMERY LLP |
| | By    /s/ Vanessa Lefort<br>        Vanessa Lefort |
| | Attorneys for Third Party<br>INFINEON TECHNOLOGIES NORTH AMERICA CORP. |

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:    2/28/11

    The Honorable Judge
    Susan Ilston