MARSHA E. MULLIN (SBN 93709)
ALSTON & BIRD, LLP
333 S. Hope Street
Sixteenth Floor
Los Angeles, CA 90071
Telephone:   (213) 576-1000
Facsimile:   (213) 576-1100

STEVEN D. HEMMINGER (SBN 110665)
ALSTON & BIRD LLP
275 Middlefield Road
Menlo Park, CA 94025-4008

Attorneys for Plaintiff, NOKIA CORPORATION

VANESSA LEFORT (SBN 260687)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone:   (650) 815-7400
Facsimile:   (650) 815-7401

Attorneys for Third Party, INFINEON TECHNOLOGIES NORTH AMERICA CORP.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOKIA CORPORATION<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE, INC.<br><br>        Defendant.<br><br>APPLE, INC.,<br>        Counterclaim Plaintiff,<br>    v.<br><br>NOKIA CORPORATION and NOKIA INC.<br>        Counterclaim Defendants. | Case No.  CV 11 80026 MISC<br><br>Underlying Case in the District of Delaware<br>Civil Action No. 09-791-GMS<br>Assigned to: Honorable Gregory M. Sleet<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING OF NOKIA CORPORATION'S MOTION TO COMPEL FROM MARCH 25, 2011 TO APRIL 8, 2011**<br><br>Date:  No hearing date is required [Civ. L.R. 6-2(b)] |

Nokia Corporation and Infineon North America Corp., are continuing in their discussions to resolve the matters raised in the Motion to Compel and are making progress.  Accordingly, the

parties, by and through their respective counsel, hereby stipulate and agree to continue the hearing on Nokia Corporation's motion to compel, currently scheduled for March 25, 2011, to April 8, 2011, at 9:00 a.m.  The supporting declaration required under Civ. L.R. 6-2 is filed herewith.

IT IS SO STIPULATED.

Dated: March 3, 2011  ALSTON & BIRD LLP

By  /s/ Steven D. Hemminger
    Steven D. Hemminger

Attorneys for Plaintiff
NOKIA CORPORATION

Dated: March 3, 2011  MCDERMOTT WILL & EMERY LLP

By  /s/ Vanessa Lefort
    Vanessa Lefort

Attorneys for Third Party
INFINEON TECHNOLOGIES NORTH AMERICA CORP.

# O R D E R

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  3/4/11                             _____
                                           The Honorable Judge
                                           Susan Ilston