1  MARSHA E. MULLIN (SBN 93709)
   ALSTON & BIRD, LLP
2  333 S. Hope Street
   Sixteenth Floor
3  Los Angeles, CA 90071
   Telephone:   (213) 576-1000
4  Facsimile:   (213) 576-1100

5  STEVEN D. HEMMINGER (SBN 110665)
   ALSTON & BIRD LLP
6  275 Middlefield Road
   Menlo Park, CA 94025-4008

7  Attorneys for Plaintiff, NOKIA CORPORATION

8  VANESSA LEFORT (SBN 260687)
9  McDERMOTT WILL & EMERY LLP
   275 Middlefield Road, Suite 100
10 Menlo Park, CA 94025
   Telephone:   (650) 815-7400
11 Facsimile:   (650) 815-7401

12 Attorneys for Third Party, INFINEON
   TECHNOLOGIES NORTH AMERICA CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOKIA CORPORATION<br><br>    Plaintiff,<br><br>v.<br><br>APPLE, INC.<br><br>    Defendant. | Case No. CV 11 80026 MISC<br><br>Underlying Case in the District of Delaware<br>Civil Action No. 09-791-GMS<br>Assigned to: Honorable Gregory M. Sleet<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING OF NOKIA CORPORATION'S MOTION TO COMPEL FROM APRIL 8, 2011 TO APRIL 15, 2011** |
| APPLE, INC.,<br>    Counterclaim Plaintiff,<br>v.<br>NOKIA CORPORATION and NOKIA INC.<br>    Counterclaim Defendants. | Date: No hearing date is required [Civ. L.R. 6-2(b)] |

    Nokia Corporation and Infineon North America Corp., are continuing in their discussions to resolve the matters raised in the Motion to Compel and continue to make progress.

Accordingly, the parties, by and through their respective counsel, hereby stipulate and agree to continue the hearing on Nokia Corporation's motion to compel, currently scheduled for April 8, 2011, to April 15, 2011 at 9:00 a.m. The supporting declaration required under Civ. L.R. 6-2 is filed herewith.

IT IS SO STIPULATED.

Dated: March 18, 2011

ALSTON & BIRD LLP

By /s/ Steven D. Hemminger
Steven D. Hemminger

Attorneys for Plaintiff
NOKIA CORPORATION

Dated: March 18, 2011

MCDERMOTT WILL & EMERY LLP

By /s/ Vanessa Lefort
Vanessa Lefort

Attorneys for Third Party
INFINEON TECHNOLOGIES NORTH AMERICA CORP.

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/21/11

The Honorable Judge
Susan Ilston