MARSHA E. MULLIN (SBN 93709)
ALSTON & BIRD, LLP
333 S. Hope Street
Sixteenth Floor
Los Angeles, CA 90071
Telephone:    (213) 576-1000
Facsimile:    (213) 576-1100

STEVEN D. HEMMINGER (SBN 110665)
ALSTON & BIRD LLP
275 Middlefield Road
Menlo Park, CA 94025-4008

Attorneys for Plaintiff, NOKIA CORPORATION

VANESSA LEFORT (SBN 260687)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone:    (650) 815-7400
Facsimile:    (650) 815-7401

Attorneys for Third Party, INFINEON
TECHNOLOGIES NORTH AMERICA CORP.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOKIA CORPORATION | Case No.  CV 11 80026 MISC |
| Plaintiff, | Underlying Case in the District of Delaware |
| v. | Civil Action No. 09-791-GMS |
| | Assigned to:Honorable Gregory M. Sleet |
| APPLE, INC. | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING OF NOKIA CORPORATION'S MOTION TO COMPEL FROM APRIL 15, 2011 TO MAY 13, 2011** |
| Defendant. | |
| APPLE, INC., | Date:  No hearing date is required [Civ. L.R. 6-2(b)] |
| Counterclaim Plaintiff, | |
| v. | |
| NOKIA CORPORATION and NOKIA INC. | |
| Counterclaim Defendants. | |

Nokia Corporation and Infineon North America Corp., have continued to discuss

resolving the matters raised in the Motion to Compel and are still making progress.  Accordingly,

*McDERMOTT WILL & EMERY LLP*
*ATTORNEYS AT LAW*
*PALO ALTO*

1   the parties, by and through their respective counsel, hereby stipulate and agree to continue the

2   hearing on Nokia Corporation's motion to compel, currently scheduled for April 15, 2011, to May

3   13, 2011 at 9:00 a.m.  The supporting declaration required under Civ. L.R. 6-2 is filed herewith.

4        IT IS SO STIPULATED.

5

6   Dated: March 25, 2011               ALSTON & BIRD LLP

7                           By  /s/ Steven D. Hemminger
                               Steven D. Hemminger

8                       Attorneys for Plaintiff
                       NOKIA CORPORATION

9

10  Dated: March 25, 2011               MCDERMOTT WILL & EMERY LLP

11

12                          By /s/ Vanessa Lefort
                             Vanessa Lefort

13                       Attorneys for Third Party
                       INFINEON TECHNOLOGIES NORTH

14                       AMERICA CORP.

15

16                             **O R D E R**

17         PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19             3/28/11
     DATED: _____

20                       The Honorable Judge
                       Susan Ilston

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order To Continue Hearing of   DM_US           CASE NO.  CV 11 80026 MISC
Plaintiff's Motion to Compel                27900523-

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO