MARSHA E. MULLIN (SBN 93709)
ALSTON & BIRD, LLP
333 S. Hope Street
Sixteenth Floor
Los Angeles, CA 90071
Telephone:   (213) 576-1000
Facsimile:   (213) 576-1100

STEVEN D. HEMMINGER (SBN 110665)
ALSTON & BIRD LLP
275 Middlefield Road
Menlo Park, CA 94025-4008

Attorneys for Plaintiff, NOKIA CORPORATION

VANESSA LEFORT (SBN 260687)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone:   (650) 815-7400
Facsimile:   (650) 815-7401

Attorneys for Third Party, INFINEON TECHNOLOGIES NORTH AMERICA CORP.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOKIA CORPORATION<br><br>    Plaintiff,<br><br>v.<br><br>APPLE, INC.<br><br>    Defendant.<br><br>APPLE, INC.,<br>    Counterclaim Plaintiff,<br>v.<br><br>NOKIA CORPORATION and NOKIA INC.<br>    Counterclaim Defendants. | Case No. CV 11 80026 MISC<br><br>Underlying Case in the District of Delaware<br>Civil Action No. 09-791-GMS<br>Assigned to: Honorable Gregory M. Sleet<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING OF NOKIA CORPORATION'S MOTION TO COMPEL FROM MAY 13, 2011 TO MAY 27, 2011**<br><br>Date: No hearing date is required [Civ. L.R. 6-2(b)] |

Nokia Corporation and Infineon North America Corp., have continued to discuss resolving the matters raised in the Motion to Compel and continue to make progress.

1  Accordingly, the parties, by and through their respective counsel, hereby stipulate and agree to
2  continue the hearing on Nokia Corporation's motion to compel, currently scheduled for May 13,
3  2011, to May 27, 2011 at 9:00 a.m. The supporting declaration required under Civ. L.R. 6-2 is
4  filed herewith.

5  IT IS SO STIPULATED.

6
7  Dated: April 22, 2011                           ALSTON & BIRD LLP
8                                                  By /s/ Steven D. Hemminger
                                                      Steven D. Hemminger
9                                                  Attorneys for Plaintiff
10                                                 NOKIA CORPORATION

11 Dated: April 22, 2011                           MCDERMOTT WILL & EMERY LLP
12
13                                                 By /s/ Vanessa Lefort
                                                      Vanessa Lefort
14                                                 Attorneys for Third Party
15                                                 INFINEON TECHNOLOGIES NORTH
                                                   AMERICA CORP.
16
17                              ORDER
18       PURSUANT TO STIPULATION, IT IS SO ORDERED.
19
20  DATED:    5/2/11                               _____
21                                                 The Honorable Judge
                                                   Susan Ilston
22
23
24
25
26
27
28

Stipulation and [Proposed] Order To Continue Hearing of      - 2 -
Plaintiff's Motion to Compel                          DM_US                    CASE NO. CV 11 80026 MISC
                                                      28129869-

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

MARSHA E. MULLIN (SBN 93709)
ALSTON & BIRD, LLP
333 S. Hope Street
Sixteenth Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

STEVEN D. HEMMINGER (SBN 110665)
ALSTON & BIRD LLP
275 Middlefield Road
Menlo Park, CA 94025-4008

Attorneys for Plaintiff, NOKIA CORPORATION

VANESSA LEFORT (SBN 260687)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: (650) 815-7400
Facsimile: (650) 815-7401

Attorneys for Third Party, INFINEON
TECHNOLOGIES NORTH AMERICA CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOKIA CORPORATION<br><br>        Plaintiff,<br><br>v.<br><br>APPLE, INC.<br><br>        Defendant.<br><br>APPLE, INC.,<br>        Counterclaim Plaintiff,<br>v.<br><br>NOKIA CORPORATION and NOKIA INC.<br>        Counterclaim Defendants. | Case No. CV 11 80026 MISC<br><br>Underlying Case in the District of Delaware<br>Civil Action No. 09-791-GMS<br>Assigned to: Honorable Gregory M. Sleet<br><br>**DECLARATION OF MELISSA NOTT DAVIS, ESQ. IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING OF NOKIA CORPORATION'S MOTION TO COMPEL FROM MAY 13, 2011 TO MAY 27, 2011**<br><br>Date: No hearing date is required [Civ. L.R. 6-2(b)] |

I, Melissa Nott Davis, declare as follows:

DECLARATION OF MELISSA NOTT DAVIS, ESQ. IN
SUPPORT OF JOINT STIPULATION TO CONTINUE
HEARING FROM MAY 13, 2011 TO MAY 27, 2011

DM_US 27900542-1.072750.0051

CV 11 80026 MISC

1.     I am an attorney in good standing in the Commonwealth of Massachusetts, Board of Bar Overseers No. 654546. I am one of the attorneys for Infineon Technologies North America Corp. in this matter. I submit this declaration in support of the Joint Stipulation and [Proposed] order to Continue Hearing of Nokia Corporation's Motion to Compel from May 13, 2011 to May 27, 2011.

2.     Counsel for Infineon and Nokia have continued to engage in good faith negotiations in an effort to narrow the subpoena in a way that will allow Infineon to reasonably respond. The parties believe additional time to continue these negotiations will be beneficial.

3.     There have been four time modifications in this matter. The extensions have continued the hearing from March 18, 2011 to May 13, 2011.

4.     A hearing on this motion is the only thing involved in this miscellaneous docket matter. Continuing the hearing will not affect any other scheduled items in this case.

I declare under penalty of perjury under the laws of the United States of America, that foregoing is true and correct to the best of my knowledge. This document is executed on this 22nd day of April, 2011 in Boston, Massachusetts.

*Melissa Nott Davis*

DECLARATION OF MELISSA NOTT DAVIS, ESQ. IN SUPPORT OF JOINT STIPULATION TO CONTINUE HEARING FROM MAY 13, 2011 TO MAY 27, 2011     - 2 -     CV 11 80026 MISC

DM_US 27900542-1.072750.0051