MARSHA E. MULLIN (SBN 93709)
ALSTON & BIRD, LLP
333 S. Hope Street
Sixteenth Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

STEVEN D. HEMMINGER (SBN 110665)
ALSTON & BIRD LLP
275 Middlefield Road
Menlo Park, CA 94025-4008

Attorneys for Plaintiff, NOKIA CORPORATION

VANESSA LEFORT (SBN 260687)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: (650) 815-7400
Facsimile: (650) 815-7401

Attorneys for Third Party, INFINEON TECHNOLOGIES NORTH AMERICA CORP.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOKIA CORPORATION<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE, INC.<br><br>    Defendant.<br><br>APPLE, INC.,<br>    Counterclaim Plaintiff,<br>    v.<br>NOKIA CORPORATION and NOKIA INC.<br>    Counterclaim Defendants. | Case No. CV 11 80026 MISC<br><br>Underlying Case in the District of Delaware<br>Civil Action No. 09-791-GMS<br>Assigned to: Honorable Gregory M. Sleet<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING OF NOKIA CORPORATION'S MOTION TO COMPEL FROM MAY 27, 2011 TO JUNE 10, 2011**<br><br>Date: No hearing date is required [Civ. L.R. 6-2(b)] |

    Nokia Corporation and Infineon North America Corp., have continued to discuss resolving the matters raised in the Motion to Compel and are still making progress. Accordingly,

Stipulation and [Proposed] Order To Continue Hearing of
Plaintiff's Motion to Compel

CASE NO. CV 11 80026 MISC

the parties, by and through their respective counsel, hereby stipulate and agree to continue the hearing on Nokia Corporation's motion to compel, currently scheduled for May 27, 2011, to June 10, 2011 at 9:00 a.m.  The supporting declaration required under Civ. L.R. 6-2 is filed herewith.

IT IS SO STIPULATED.

Dated: May 5, 2011                              ALSTON & BIRD LLP

                                                By /s/ Steven D. Hemminger
                                                   Steven D. Hemminger

                                                Attorneys for Plaintiff
                                                NOKIA CORPORATION


Dated: May 5, 2011                              MCDERMOTT WILL & EMERY LLP


                                                By /s/ Vanessa Lefort
                                                   Vanessa Lefort

                                                Attorneys for Third Party
                                                INFINEON TECHNOLOGIES NORTH
                                                AMERICA CORP.


**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  5/5/11                                  /s/ Susan Illston
                                                The Honorable Judge
                                                Susan Ilston

Stipulation and [Proposed] Order To Continue Hearing of Plaintiff's Motion to Compel

- 2 -

DM_US 28415663-

CASE NO. CV 11 80026 MISC

| | |
|---|---|
| 1 | MARSHA E. MULLIN (SBN 93709)<br>ALSTON & BIRD, LLP |
| 2 | 333 S. Hope Street<br>Sixteenth Floor |
| 3 | Los Angeles, CA 90071<br>Telephone:  (213) 576-1000 |
| 4 | Facsimile:  (213) 576-1100 |
| 5 | STEVEN D. HEMMINGER (SBN 110665)<br>ALSTON & BIRD LLP |
| 6 | 275 Middlefield Road<br>Menlo Park, CA 94025-4008 |
| 7 | |
| 8 | Attorneys for Plaintiff, NOKIA CORPORATION |
| 9 | VANESSA LEFORT (SBN 260687)<br>McDERMOTT WILL & EMERY LLP |
| 10 | 275 Middlefield Road, Suite 100<br>Menlo Park, CA 94025 |
| 11 | Telephone:  (650) 815-7400<br>Facsimile:  (650) 815-7401 |
| 12 | |
| 13 | Attorneys for Third Party, INFINEON<br>TECHNOLOGIES NORTH AMERICA CORP. |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOKIA CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.<br><br>Defendant.<br><br>APPLE, INC.,<br>Counterclaim Plaintiff,<br>v.<br><br>NOKIA CORPORATION and NOKIA INC.<br>Counterclaim Defendants. | Case No.  CV 11 80026 MISC<br><br>Underlying Case in the District of Delaware<br>Civil Action No. 09-791-GMS<br>Assigned to: Honorable Gregory M. Sleet<br><br>**DECLARATION OF MELISSA NOTT DAVIS, ESQ. IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING OF NOKIA CORPORATION'S MOTION TO COMPEL FROM MAY 27, 2011 TO JUNE 10, 2011**<br><br>Date:  No hearing date is required [Civ. L.R. 6-2(b)] |

I, Melissa Nott Davis, declare as follows:

DECLARATION OF MELISSA NOTT DAVIS, ESQ. IN
SUPPORT OF JOINT STIPULATION TO CONTINUE
HEARING FROM MAY 27, 2011 TO JUNE 10, 2011

CV 11 80026 MISC

DM_US 27900542-1.072750.0051

1. I am an attorney in good standing in the Commonwealth of Massachusetts, Board of Bar Overseers No. 654546. I am one of the attorneys for Infineon Technologies North America Corp. in this matter. I submit this declaration in support of the Joint Stipulation and [Proposed] order to Continue Hearing of Nokia Corporation's Motion to Compel from May 27, 2011 to June 10, 2011.

2. Counsel for Infineon and Nokia have continued to engage in good faith negotiations in an effort to narrow the subpoena in a way that will allow Infineon to reasonably respond. The parties believe additional time to continue these negotiations will be beneficial.

3. There have been five time modifications in this matter. The extensions have continued the hearing from March 18, 2011 to May 27, 2011.

4. A hearing on this motion is the only thing involved in this miscellaneous docket matter. Continuing the hearing will not affect any other scheduled items in this case.

I declare under penalty of perjury under the laws of the United States of America, that foregoing is true and correct to the best of my knowledge. This document is executed on this 4th day of May, 2011 in Boston, Massachusetts.

*Melissa Nott Davis*
Melissa Nott Davis

DECLARATION OF MELISSA NOTT DAVIS, ESQ. IN SUPPORT OF JOINT STIPULATION TO CONTINUE HEARING FROM MAY 27, 2011 TO JUNE 10, 2011

- 2 -

CV 11 80026 MISC

DM_US 27900542-1.072750.0051